ABD/LKEK: USAO 2018R 00262

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2018 MAR 28 PM 5: 13

CLERK'S OFFICE
AT BALTIMORE

BY_____K_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. MJG-18-0172 |
| KAMAL DORCHY, | * | (Sex Trafficking, 18 U.S.C. § 1591(a); |
| a/k/a "Kamal Goodwyn," | * | Sex Trafficking of a Minor, 18 U.S.C. |
| a/k/a "KG," | * | § 1591(a); Production of Child |
| a/k/a "KJ," | * | Pornography, 18 U.S.C. § 2251(a); |
| | * | Possession of Child Pornography, 18 |
| Defendant | * | U.S.C. § 2252A(a)(5)(B); Forfeiture, 18 |
| | * | U.S.C. § 2253) |

*******

## INDICTMENT

### COUNT ONE
### (Sex Trafficking)

The Grand Jury for the District of Maryland charges that:

### Introduction

At all times relevant to this Indictment,

1. Defendant **KAMAL DORCHY, a/k/a "Kamal Goodwyn," a/k/a "KG," a/k/a "KJ,"** was a Maryland resident.

2. Backpage.com is an online website used by the Defendant to post advertisements for commercial sex acts.

### The Victims

3. The following adult and minor females were victims of the crimes alleged herein.

   a. "Victim 1" was a resident of Maryland and was born in 1992.

   b. "Victim 2 (minor)" was a resident of Maryland, was born in 1999 and was under the age of 18.

### The Charge
### (Sex Trafficking – Victim 1)

4. At some time between September 2016 and July 2017, in the District of Maryland and elsewhere, the defendant,

**KAMAL DORCHY,**
a/k/a "Kamal Goodwyn,"
a/k/a "KG,"
a/k/a "KJ,"

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, namely, "Victim 1," and did benefit financially and by receiving anything of value from participation in a venture engaged in such acts, knowing, and in reckless disregard of the fact, that means of force, threats of force, fraud and coercion as defined in Title 18, United States Code, Section 1591(e)(2), and any combination of such means, would be used to cause "Victim 1" to engage in a commercial sex act.

18 U.S.C. § 1591(a)
18 U.S.C. § 2

## COUNT TWO
### (Sex Trafficking of a Minor – Victim 2)

The Grand Jury for the District of Maryland further charges that:

1. The allegations set forth in Paragraphs 1 through 3 of Count One of this Indictment are incorporated by reference here.

2. At some time between January 2017 and July 2017, in the District of Maryland and elsewhere, the defendant,

**KAMAL DORCHY,**
**a/k/a "Kamal Goodwyn,"**
**a/k/a "KG,"**
**a/k/a "KJ,"**

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, namely, "Victim 2 (minor)," and did benefit financially and by receiving anything of value from participation in a venture engaged in such acts, knowing, and in reckless disregard of the fact, and having had a reasonable opportunity to observe "Victim 2 (minor)," and that "Victim 2 (minor)" had not attained the age of 18 years and would be caused to engage in a commercial sex act.

18 U.S.C. § 1591(a)
18 U.S.C. § 2

## COUNT THREE
### (Production of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

1. The allegations set forth in Paragraphs 1 through 3 of Count One of this Indictment are incorporated by reference here.

2. At some time in July 2017, in the District of Maryland and elsewhere, the defendant,

**KAMAL DORCHY,**
a/k/a "Kamal Goodwyn,"
a/k/a "KG,"
a/k/a "KJ,"

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in any sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing any visual depiction of such conduct, which visual depiction had been produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, that is, the defendant produced a video of a minor female, "Victim 2 (minor)," which depicts "Victim 2 (minor)" positioning herself on her hands and knees with her buttocks raised up in the air, pulling down her thong panties, and the video zooming in on "Victim 2's" bare anal and vaginal area.

18 U.S.C. § 2251(a)

4

## COUNT FOUR
### (Production of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

1. The allegations set forth in Paragraphs 1 through 3 of Count One of this Indictment are incorporated by reference here.

2. At some time in July 2017, in the District of Maryland and elsewhere, the defendant,

**KAMAL DORCHY,**
a/k/a "Kamal Goodwyn,"
a/k/a "KG,"
a/k/a "KJ,"

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in any sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing any visual depiction of such conduct, which visual depiction had been produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, that is, the defendant produced a video of a minor female, "Victim 2 (minor)," which depicts "Victim 2 (minor)" shaking her buttocks and positioned on her hands and knees and the video zooming into "Victim 2's" anal and vaginal area, showing part of her bare vaginal area.

18 U.S.C. § 2251(a)

## COUNT FIVE
## (Production of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

1. The allegations set forth in Paragraphs 1 through 3 of Count One of this Indictment are incorporated by reference here.

2. At some time in July 2017, in the District of Maryland and elsewhere, the defendant,

**KAMAL DORCHY,**
a/k/a "Kamal Goodwyn,"
a/k/a "KG,"
a/k/a "KJ,"

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in any sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing any visual depiction of such conduct, which visual depiction had been produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, that is, the defendant produced an image of a minor female, "Victim 2 (minor)," which contains a close-up of "Victim 2's" bare anal and vaginal area while she is positioned on her hands and knees.

18 U.S.C. § 2251(a)

## COUNT SIX
## (Production of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

1.    The allegations set forth in Paragraphs 1 through 3 of Count One of this Indictment are incorporated by reference here.

2.    At some time in July 2017, in the District of Maryland and elsewhere, the defendant,

**KAMAL DORCHY,**
a/k/a "Kamal Goodwyn,"
a/k/a "KG,"
a/k/a "KJ,"

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in any sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing any visual depiction of such conduct, which visual depiction had been produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, that is, the defendant produced an image of a minor female, "Victim 2 (minor)," which contains a close-up of "Victim 2's" bare anal and vaginal area while she is positioned on her knees with her buttocks raised up.

18 U.S.C. § 2251(a)

## COUNT SEVEN
## (Possession of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

1. The allegations set forth in Paragraphs 1 through 3 of Count One of this Indictment are incorporated by reference here.

2. On or about July 27, 2017, in the District of Maryland and elsewhere, the defendant,

**KAMAL DORCHY,**
a/k/a "Kamal Goodwyn,"
a/k/a "KG,"
a/k/a "KJ,"

did knowingly possess and knowingly access with intent to view any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which image had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and which was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, the defendant did possess a Samsung GSM_SM-N920T Galaxy Note 5 IMEI: 353756073520918, manufactured outside the District of Maryland, that contained one or more visual depictions of a minor engaged in sexually explicit conduct, including, but not limited to, files with the following titles:

(1) "20170712_193531.mp4" – a video file that depicts "Victim 2 (minor)" positioning herself on her hands and knees with her buttocks raised up in the air, pulling down her thong panties, and the video zooming in on "Victim 2's" bare anal and vaginal area;

8

(2) "20170712_193453.mp4" – a video file that depicts "Victim 2 (minor)" shaking her buttocks and positioned on her hands and knees and the video zooming into "Victim 2's" anal and vaginal area, showing part of her bare vaginal area;

(3) "20170712_193814.jpg" – an image file that depicts "Victim 2 (minor)" and contains a close-up of "Victim 2's" bare anal and vaginal area while she is positioned on her hands and knees; and

(4) "20170712_193839.jpg" – an image file that depicts "Victim 2 (minor)" and contains a close-up of "Victim 2's" bare anal and vaginal area while she is positioned on her knees with her buttocks raised up.

18 U.S.C. § 2252A(a)(5)(B)

## **FORFEITURE ALLEGATION**

The Grand Jury for the District of Maryland further charges that:

1.  Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to the defendants that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 1954(e)(1) and (2), in the event of a conviction on Counts One or Two of this Indictment.

2.  As a result of the offenses set forth in Counts One through Two of this Indictment, defendant,

**KAMAL DORCHY,**
a/k/a "Kamal Goodwyn,"
a/k/a "KG,"
a/k/a "KJ,"

shall forfeit to the United States of America:

  a.  Any property, real or personal, constituting, traceable, or derived from gross profits or other proceeds obtained, directly or indirectly, from the offense;

  b.  The defendant's interest in any property, real or personal, used or intended to be used to commit or to promote the commission of the offense.

3.  If any of the property described above as being subject to forfeiture pursuant to 18 U.S.C. § 1594(e)(1) and (2) as a result of any act or omission of the defendant,

  a.  cannot be located upon the exercise of due diligence;

  b.  has been transferred or sold to, or deposited with, a third person;

  c.  has been placed beyond the jurisdiction of the Court;

  d.  has been substantially diminished in value; or

  e.  has been commingled with other property that cannot be subdivided without difficulty;

the United States intends to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

4. As a result of the offenses set forth in Counts Three through Seven, the defendant,

**KAMAL DORCHY,**
a/k/a "Kamal Goodwyn,"
a/k/a "KG,"
a/k/a "KJ,"

shall forfeit to the United States his interest in all property, real and personal, (1) that was used, or intended to be used, to commit or to promote the commission of the offenses in Counts Four and Five including but not limited to:

(a) Samsung GSM_SM-N920T Galaxy Note 5, IMEI: 353756073520918; or

(b) that constitutes or traceable to gross profits or other proceeds obtained,

directly or indirectly, as a result of the offenses in Counts Three through Seven.

18 U.S.C. § 1594(e)
18 U.S.C. § 2253
18 U.S.C. § 2428
28 U.S.C. § 2461(c)

Stephen M. Schenning
Acting United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

FOREPERSON

DATE

11