IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | **CRIMINAL NO. MJG-18-0172** |
| **v.** | * | |
| | * | |
| **KAMAL DORCHY** | * | |
| | * | |
| **Defendant** | * | |
| | ******* | |

## GOVERNMENT'S MOTION FOR A SCHEDULING CONFERENCE OR FOR THE COURT TO SET HEARING AND TRIAL DATES

The United States of America, by its undersigned counsel, hereby moves that this Court either set a scheduling conference in order to set dates for a pretrial motions deadline, motions hearing and trial or issue an order setting out such dates.

1. On March 28, 2018, the Grand Jury for the United States District Court for the District of Maryland returned an Indictment charging the Defendant Kamal Dorchy with sex trafficking, production of child pornography, and possession of child pornography, in violation of 18 U.S.C. §§ 1591(a), 2251(a), and 2252A(a)(5)(B), respectively.

2. The Defendant had his initial appearance and arraignment on the indictment on March 30, 2018.

3. Thus, the government respectfully requests that the Court either set a scheduling conference in order to set dates for a pretrial motions deadline, motions hearing and trial or issue an order setting out such dates. Undersigned counsel is advised by defense counsel that defense counsel is out of the office from April 3, 2018 through April 10, 2018.

        Respectfully submitted,
        Stephen M. Schenning
        Acting United States Attorney

By: _____/s/_____
        Ayn B. Ducao
        Lindsay Eyler Kaplan
        Assistant United States Attorneys
        36 South Charles Street
        Fourth Floor
        Baltimore, MD 21201
        (410) 209-4800

Served on defense counsel via ECF filing