# PAT M. WOODWARD, ESQ.

*Counselor at Law*

*Maryland & Washington, DC*

1783 Forest Drive #330 ~ Annapolis, Maryland 21401

Direct 202.246.4679

patmwoodwardjr@gmail.com

December 23, 2019

Hon. J. Mark Coulson
United States Courthouse
101 West Lombard Street
Baltimore, Maryland  21201

Re:  <u>United States v. Kamal Dorchy, 18-172-GLR</u>

Dear Judge Coulson:

Please find enclosed excerpted pages from a motions hearing held in this case before Judge Russell on May 9, 2019.  They were cited in Mr. Dorchy's Motion to Release (ECF 176) and will be referenced in today's Release Hearing.

Sincerely,

   /s/

Pat M. Woodward, Esq.

Encl. (10 pages of transcript including cover page)

Cc:  AUSAs Ayn B. Ducao & Jeff Izant