

Charles N. Curlett, Jr.
Partner
Admitted in Maryland, New York
and the District of Columbia

Rosenberg Martin Greenberg, LLP
25 South Charles Street, 21st Floor
Baltimore, Maryland 21201
(o) 410-685-0008; (m) 917-667-0861
ccurlett@rosenbergmartin.com

September 23, 2020

*Via ECF*

Hon. George L. Russell
United States District Court
for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

Re:   United States v. Kamal Dorchy, Case No. 1:18-cr-00172-GLR

Dear Judge Russell,

    On behalf of Mr. Dorchy, I would like to request a scheduling conference with the Court to set in dates for a hearing and trial of this matter.

    I certainly recognize the demands placed on the Court due to the on-going pandemic. Nonetheless, Mr. Dorchy has been incarcerated for three years awaiting trial. I believe the absence of any dates on the calendar, especially in light of the Court's recent order tolling the speedy trial clock, is a source of anguish for him. It would also be helpful for defense counsel to have these dates set aside, even if well into next year, for planning purposes.

    I thank the Court for its consideration of this request.

                                        Very truly yours,

                                        Charles N. Curlett, Jr.

cc:   AUSA Jeffrey Izant, *via ECF*
      AUSA Ayn Ducao, *via ECF*