IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA                    *

               v.                              *      CRIMINAL NO. GLR-18-0172

KAMAL DORCHY                              *

                                 *   *   *

<u>THIRD REVISED SCHEDULING ORDER</u>

The following third revised schedule is hereby entered to govern the course of further proceedings in this case:

1.  All motions, except motions *in limine*, shall be filed by **January 6, 2021.**  Motions *in limine* shall be filed two days prior to the pretrial conference.

2.  Responses due on or before **January 25, 2021.**

3.  Replies due on or before **February 10, 2021**.

4. The motions hearing is scheduled for **March 10 and 11, 2021 at 9:30 a.m.** in Courtroom 7A.

5.  The pre-trial conference is scheduled for **September 17, 2021** at **9:30 a.m.** in Courtroom 7A.

6.  At the pre-trial conference, pursuant to Local Rules 210 and 106.7, counsel shall attach tags to all exhibits and meet for the purpose of pretrial review of exhibits, except those to be used solely for impeachment.

7.  *Voir dire*

     a.  The parties shall submit joint *voir dire*, with noted objections, five working days prior to the pre-trial conference.

     b. The parties are to send a courtesy copy of the *voir dire* to my Chambers in addition to forwarding it in WORD format to: mdd_GLRChambers@mdd.uscourts.gov.

8.  Jury Instructions

     a.  The Court uses a number of boilerplate instructions that address procedural issues (i.e., the role of the jury, what is evidence).

b.   Requested instructions shall be patterned on L. Sand, et al., <u>Modern Federal Jury Instructions</u>, and **the full text of the requested instruction must be submitted with the appropriate citation to <u>Sand</u>.**  Requests that simply reference the <u>Sand</u> instruction number are insufficient, unless the request seeks a non-substantive instruction.  Any instructions patterned on precedent shall include a citation to the relevant case(s).

c.   The government shall submit its proposed instructions **five** working days prior to the pre-trial conference.

d.   Three working days prior to the pre-trial conference, the defendant should:

i.  Submit a list of objections to the government's instructions.  The list need only identify the objected-to instruction by number;

ii.  Submit any additional proposed instructions.

e.   The parties are to send a courtesy copy of the jury instructions to my Chambers in addition to forwarding them in WORD format to: mdd_GLRChambers@mdd.uscourts.gov.

9.  The twelve-day jury trial will commence on **October 4, 2021** at **9:30 a.m.** in Courtroom 7A and continue through **October 21, 2021**.  Counsel are reminded to review the provisions of Local Rules 211 and 107.9 concerning courtroom etiquette.  **There will be no trial session on Fridays.**

The parties have ten days from today to request a modification of the revised schedule, after which no changes to the revised schedule set forth above will be permitted unless authorized by the Court for good cause shown.  Any such requests, either stipulated or *ex parte*, must be by motion and filed electronically.

SO ORDERED this 14th day of October 2020.

/s/

_____
George L. Russell, III
United States District Judge