UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KAMAL DORCHY, | CASE NO:   GLR-18-0172 |

## JOINT MOTION FOR A REVISED BRIEFING SCHEDULE

Now comes the United States of America, by its attorney, Robert K. Hur, United States Attorney for the District of Maryland, and Ayn B. Ducao, Jeffrey J. Izant, and Adam K. Ake, Assistant United States Attorneys, and the Defendant Kamal Dorchy, by and through his attorneys of record, Charles N. Curlett, Jr., Steven H. Levin, and Lauren M. McLarney, hereby requests a revised briefing schedule regarding the pre-trial motions:

1. The Defendant, Kamal Dorchy, is charged in a seven-count Indictment with sex trafficking, production of child pornography, and possession of child pornography, in violation of 18 U.S.C. §§ 1591(a), 2251(a), and 2252A(a)(5)(B), respectively. *See* ECF No. 1.

2. On October 14, 2020, the Court issued a third revised scheduling order setting the following dates: (1) All motions, except motions *in limine*, shall be filed by January 6, 2021; (2) Responses due on or before January 25, 2021; (3) Replies due on or before February 10, 2021; (4) the motions hearing is scheduled for March 10 and 11, 2021; and (5) the twelve-day jury trial set to commence on October 4, 2021. *See* ECF No. 237 at 1-2.

3. On December 22, 2020, the Court revised the schedule to allow for defense motions to be filed by January 20, 2021 and responses due February 10, 2021. *See* ECF No. 243.

4. On January 20, 2021, at the Court's direction, the motions hearing dates were postponed to July 29 and 30, 2021.

1

5. For approximately the past two weeks, the parties have been engaged in substantive plea discussions regarding a written plea offer extended to the Defendant. While the Defendant filed two motions on January 20, 2021, this dual track has resulted in defense counsel not being able to devote full resources to the consideration of whether other pre-trial motions or supplemental briefing needs to be filed. Similarly, the Government has also not been able to engage its full resources in consideration of the defense motions filed to date.

6. Therefore, the parties jointly respectfully request that the briefing scheduled be revised as follows:

    a. Further defense motions or supplemental briefing due by February 17, 2021.

    b. Government response due by March 10, 2021.

    c. Defense reply by March 17, 2021.

Under this briefing schedule, the motions would still be fully briefed more than four months prior to the start of the July 29 and 30, 2021 motions hearings.

WHEREFORE, the parties request that the Court revise the briefing schedule. A draft proposed order is attached.

                                                Respectfully submitted,

                                                Robert K. Hur
                                                United States Attorney

                                                      /s/
By: _____
                Ayn B. Ducao
                Jeffrey J. Izant
                Adam K. Ake
                Assistant United States Attorneys


                                                   /s/
                              _____
                              Charles N. Curlett, Jr. (Fed Bar #28246)
                              Steven H. Levin (Fed Bar # 28750)
                              Lauren M. McLarney (Fed Bar #20982)
                              Rosenberg Martin Greenberg, LLP
                              25 S. Charles St. 21st Floor
                              Baltimore MD 21202
                              Phone: (410) 727-6600
                              Attorneys for Defendant Kamal Dorchy

Electronically served via ECF filing