**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **v.** | * | **CRIM. NO.: 1:18-00172-GLR** |
| **KAMAL DORCHY** | * | |
| | * | |

## MOTION TO SEAL DEFENDANT'S SENTENCING MEMORANDUM

The Defendant Kamal Dorchy ("Mr. Dorchy"), by and through his undersigned counsel, respectfully request an order from the Court sealing the Defendant's Sentencing Memorandum and accompany exhibits, as they reference material that is highly sensitive, identify at least one of the purported victims, and contain images of a minor child.

Dated: May 10, 2021

Respectfully submitted,

/s/
Charles N. Curlett, Jr. (Fed Bar #28246)
Lauren M. McLarney (Fed Bar #20982)
Rosenberg Martin Greenberg, LLP
25 S. Charles St. 21st Floor
Baltimore MD 21202
Phone: (410) 727-6600
ccurlett@rosenbergmartin.com
lmclarney@rosenbergmartin.com

*Counsel for Defendant Kamal Dorchy*