IN THE UNITD STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIM. NO.: 1:18-00172-GLR |
| KAMAL DORCHY | * | |
| | * | |

## DEFENDANT'S MOTION FOR LEAVE TO FILE
## REDACTED SENTENCING MEMORANDUM ON THE PUBLIC DOCKET

The Defendant Kamal Dorchy by undersigned counsel, hereby moves this Honorable Court for leave to file his Sentencing Memorandum in redacted form on the public docket.

On May 10, 2021, Mr. Dorchy filed his Sentencing Memorandum under seal. In his motion for sealing (ECF 261), Mr. Dorchy sought to protect "material that is highly sensitive. . . [the identity of] at least one of the purported victims, and [] images of a minor child."  Undersigned counsel has now redacted all such sensitive information from the Sentencing Memorandum and the accompanying exhibits and seeks leave to file the redacted versions on the public docket.

Date:  May 21, 2021                                              Respectfully submitted,

*/s/ Charles N. Curlett, Jr.*

_____
Charles N. Curlett, Jr.
Rosenberg Martin Greenberg, LLP
25 S. Charles St., Suite 2115
Baltimore, Maryland 21201
Tel: 410-695-0008
ccurlett@rosenbergmartin.com