IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. GLR-18-0172 |
| : | |
| KAMAL DORCHY, : | |
| : | |
| **Defendant** : | |

## GOVERNMENT'S MOTION TO SEAL

Comes now the United States of America, by and through undersigned counsel, and hereby requests that the Government's Sentencing Reply and accompanying exhibits be filed under seal as they contain highly personal and identifying information regarding the victims.

WHEREFORE, it is respectfully requested that the Government's Reply and exhibits be filed UNDER SEAL.

Respectfully submitted,

Jonathan F. Lenzner
Acting United States Attorney

By: _____/s/_____
Ayn B. Ducao
Assistant United States Attorney
36 South Charles Street, Suite 400
Baltimore, Maryland 21201